IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAROLYN SUE STAUBER,

    Plaintiff,

  v.

PER MAR SECURITY AND
RESEARCH CORP.,

    Defendant.

Case No.  20-cv-775-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

| /s/ | 5/27/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |